UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY T. BYERS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1421 (RMC) |
| ) | |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER TRANSFERRING CASE

Petitioner was sentenced by the U.S. District Court for the District of Maryland on April 8, 2005, and he is currently serving his sentence in the federal penitentiary in Pine Knot, Kentucky. Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court on August 18, 2008.

This Court lacks jurisdiction over the habeas petition. Petitioner must seek habeas relief in the judicial district in which he is incarcerated. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, it is hereby

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the petition and this Order on the Attorney General and the U.S. Attorney for the District of Columbia; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Petitioner at the address listed below; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: August 18, 2008

/ROSEMARY M. COLLYER
United States District Judge

cc:
Timothy T. Byers, Jr.
Prison No. 41579-037
U.S. Penitentiary McCreary
P.O. Box 3000
Pine Knot, Kentucky 42635